```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/18/20
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Eric Johnson,

           Plaintiff,

–v–

Classic Material NY, LLC,

           Defendant.

19-cv-10529 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    The Initial Pretrial Conference in this matter, currently scheduled for May 22, 2020, is hereby adjourned sine die. Plaintiff is directed to move for default judgment no later than June 8, 2020 pursuant to the Undersigned's Individual Practices in Civil Cases, and is warned that failure to do so may result in dismissal of this action for failure to prosecute.

SO ORDERED.

Dated: May 18, 2020
       New York, New York

_____
ALISON J. NATHAN
United States District Judge