**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
Johnson,

                    Plaintiff,

                                                        19 **CIVIL** 10529 (AJN)

          -against-                            **DEFAULT JUDGMENT**

Classic Material NY, LLC,
                  Defendant.
-----------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED, AND DECREED**, That pursuant to the Court's Memorandum Opinion and Order dated March 25, 2021, Plaintiff's motion for default judgment is GRANTED. Plaintiff is entitled to judgment of $54,257.94 in statutory damages pursuant to 17 U.S.C. § 504. Plaintiff is entitled to $4,119.50 in attorney's fees and $681.25 in costs pursuant to 17 U.S.C. § 505. Judgment is entered for Plaintiff in the total amount of $59,058.69, and the case is closed.

 **DATED**: New York, New York
            March 26, 2021

                                                               **RUBY J. KRAJICK**
                                                                 Clerk of Court

                                                            BY:

                                                                 **Deputy Clerk**